IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GERALD CLAIBORNE,<br><br>          Plaintiff,<br><br>   vs.<br><br>DIRECTOR OF CORRECTIONS; LINDA L. RIANDA, Chief, Inmate Appeals Branch; MEDICAL APPEALS COORDINATOR, Salinas Valley State Prison; HEALTH CARE MANAGER, Salinas Valley State Prison; A.A. LAMARQUE, Warden, SVSP; Medical Appeals Coordinator DEBRA RUISI; Health Care Managers THOR and LEE; Supervisors, Medical Supplies, ABBY HAVENS and MR. HAGGER,<br><br>          Defendants.<br>                                                                  / | No. C 03-2598 WHA (PR)<br><br>**JUDGMENT** |

The court has dismissed this prisoner complaint for failure to exhaust. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: August __18__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.03\CLAIBORNE598.JUD2.wpd

United States District Court
For the Northern District of California